| Attorney/Party Name, Address, Phone, Fax, E-mail: | For court use only |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII** | Case No.<br><br>Chapter 13 |
| Debtor: | Social Security No. (last 4 digits): |
| Joint Debtor: | Social Security No. (last 4 digits): |

**NOTICE OF AMENDED PLAN / RELATED MOTIONS AND DEADLINE TO OBJECT**

| | Plan dated: | Docket No.: |
|---|---|---|
| To: | Howard M.S. Hu, Trustee<br>1132 Bishop Street, Suite 301<br>Honolulu, HI 96813 | ALL CREDITORS |

**NOTICE IS HEREBY GIVEN** that an amended plan has been filed by the Debtor(s). A copy of the amended plan and any related motions is attached or is being sent to you separately.

Your rights may be affected. You should review these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to confirm the amended plan or to grant any related motions, then **not more than 20 days after the date the amended plan was served**, you or your attorney must file an "Objection to Chapter 13 Plan / Related Motion" with the court at the address below. If you filed an objection to the plan or a related motion prior to the filing of the amended plan, that objection is now deemed moot. You must file a new objection if you still oppose plan confirmation or the relief sought in the related motion.

> United States Bankruptcy Court
> District of Hawaii
> 1132 Bishop Street, Suite 250L
> Honolulu, Hawaii 96813.

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date specified above. If you or your attorney do not take these steps, the court may decide that you do not object to the proposed amended plan and any related motions, and may confirm the amended plan and determine the valuation of collateral and avoidance of lien(s) as requested by the Debtor(s).

Dated: _____  _____

                                                                                    Debtor / Attorney for Debtor

hib_3015-1a            12/03